IN THE UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
BEAUFORT DIVISION

| | |
|---|---|
| Joan MacPherson, | ) C/A No.: 9:25-cv-13106-RMG |
| | ) |
| v. | ) RULE 26(F) REPORT |
| | ) |
| QuikTrip Corporation. | ) |
| | ) |

The parties, having consulted pursuant to Rule 26(f), Fed. R. Civ. P., hereby report as follows (check one below):

_____  We agree that the schedule set forth in the Conference and Scheduling Order issued <u>is appropriate for this case</u>. The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

__x___  We agree that the schedule set forth in the Conference and Scheduling Order issued <u>requires modification as set forth in the attached proposed</u> <u>Consent Amended Scheduling Order</u> (use same format as the Court's standard scheduling order attached hereto). The parties' proposed discovery plan as required by Fed. R. Civ. P. Rule 26(f) and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

_____  We are unable, after consultation, to agree on a schedule for this case. Therefore, <u>we request a scheduling conference with the Court</u>. The parties' proposed discovery plan as required by 26(f) Fed. R. Civ. P., with disagreements noted, and the information required by Local Civil Rule 26.03 will be separately filed by the parties.

Plaintiff(s)

s/Jason Daigle
_____
Signature of Plaintiff's Counsel

Jason Daigle
_____
Printed Name of Plaintiff's Counsel and
Party Represented

_____
Signature of Plaintiff's Counsel

_____
Printed Name of Plaintiff's Counsel and
Party Represented

Dated: 12/8/25

Defendant(s)

s/Brett Dessler
_____
Signature of Defendant's Counsel

Brett Dressler
_____
Printed Name of Defendant's Counsel and
Party Represented

_____
Signature of Defendant's Counsel

_____
Printed Name of Defendant's Counsel and
Party Represented

Dated: 12/8/25

**MEDIATION OF CASES PENDING BEFORE JUDGE GERGEL**

Instructions: Complete this form and file it with the joint Rule 26(f) Report.

Case Name: __MacPherson v. QuikTrip Corporation__

C/A No.: __9:25-cv-13106-RMG__

1. Would early mediation be useful in this case? If the answer is in the affirmative, when would you propose to conduct mediation in this matter?

    Yes. Mediation is scheduled for December 23rd.

2. If early mediation is not thought to be useful, when is the earliest stage in which you believe it might be useful?

3. Please provide the court with any additional information that would assist in setting a timeline for required mediation.

| Signatures | Party Represented |
|---|---|
| s/Jason Daigle | Plaintiff Joan MacPherson |
| s/Brett Dressler | Defendant Quicktrip |